Donald J. Kravet (DK-2772)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
Tel. 212-997-7634

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
For Sale By Owner Magazine, Inc., and
Barbara Mallires and Steve Mallires formerly d/b/a
Worthington Publishing

Civil Case No.: 08 CV 0570

        Plaintiffs,

**Rule 7.1 Statement**

   -against-

ForSaleByOwner.com,

        Defendant.
-----------------------------------------------------------------x

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.91] and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff **For Sale By Owner Magazine, Inc.** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Dated:   New York, York, New York
         January 21, 2008

**KRAVET & VOGEL, LLP**


By:   ___/s/ Donald J. Kravet_____
      Donald J. Kravet (DK-2772)
      A Member of the Firm

1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
Tel. 212-997-7634

*Attorneys for Plaintiffs*