```
                    CORPORATION SERVICE COMPANY
419285
                       AFFIDAVIT OF SERVICE
```

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT INDEX #08 CV 0570
-----------------------------------------------------------------

FOR SALE BY OWNER MAGAZINE, INC.,          PLAINTIFF

       VS.

FORSALEBYOWNER.COM CORP.,                  DEFENDANT

-----------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY                    ss:


Minard Carkner being duly sworn, deposes and says that he is over the age of eighteen (18) years; That on the thirtyfirst day of January, 2008 at 12:50 pm he served the annexed Summons Complaint, Amended Complaint, Individual Practices of Magistrate Henry Pittman, Individual Practices of Judge Deborah A. Batts, Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing, Index #08 CV 0570, filed 1/23/08, endorsed thereto on FORSALEBYOWNER.COM CORP.
the defendant in this action, by delivering to and leaving with Donna Christie an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that he knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

                                                      Minard Carkner

Sworn to before me this
fifth day of February, 2008.


Johanna Burkhartt, Notary Public
knv