UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
FOR SALE BY OWNER MAGAZINE, INC. AND
BARBARA MAILLERES AND STEVE                    08 CV 0570 (DAB/HP)
MAILLERES FORMERLY D/B/A
WORTHINGTON PUBLISHING,

                        Plaintiffs,

              -against-                                  **NOTICE OF APPEARANCE OF**
                                                      **GLEN SILVERSTEIN, ESQ.,**
FORSALEBYOWNER.COM,                             **THOMAS K. RICHARDS, ESQ.**
                                                      **AND CAROLINE C. MARINO**

                        Defendant.

———————————————————————X

To the Clerk of this Court and all parties of record:

       Please enter the appearance as counsel in this case for Defendant ForSaleByOwner.com Glen Silverstein, Esq., Thomas K. Richards, Esq. and Caroline C. Marino of Leader & Berkon LLP. Mr. Silverstein, Mr. Richards and Ms. Marino are each admitted to practice and are in good standing in this Court.

Dated:     New York, New York
              February 20, 2008           LEADER & BERKON LLP


                                                      /s/
                                       GLEN SLIVERSTEIN (GS 9714)
                                       THOMAS K. RICHARDS (TR 8945)
                                       CAROLINE C. MARINO (CC 7475)
                                       630 Third Avenue, 17th Floor
                                       New York, New York 10017
                                       *Attorneys for Defendant*
                                       *ForSaleByOwner.com*

TO: Donald J. Kravet
Kravet & Vogel LLP
1040 Avenue of the Americas, 11th Floor
New York, New York 10018
(212) 997-7634
*Attorneys for Plaintiffs*