# LEADER & BERKON LLP

630 Third Avenue, New York, New York 10017  •  212.486.2400  •  FAX 212.486.3099  •  EMAIL info@leaderberkon.com

Frederick D. Berkon
James K. Leader
Joseph G. Colao
Glen Silverstein
Joshua K. Leader
S. Alyssa Young

OF COUNSEL
Mary D. Faucher
Joseph I. Fontak

Gloria E. Koo
David J. Goodearl
Thomas K. Richards
David A. Paul
Caroline C. Marino
Michael J. Tiffany
Cynthia L. Boland
Judith A. Joseph Jenkins





February 20, 2008

**BY HAND**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re:    **For Sale By Owner Magazine, Inc. et al. v.**
        **ForSaleByOwner.com – Civil Action No. 08 CV 0570**

Your Honor:

We represent defendant ForSaleByOwner.com in this matter. We request, and plaintiffs have consented, an extension of time to move, answer or otherwise respond to the First Amended Complaint from February 20, 2008 until March 12, 2008. We trust this short initial extension of time meets with Your Honor's approval.

GRANTED
/DAB/

Very truly yours,

GLEN SILVERSTEIN

GS/ea

cc:    Kravet & Vogel, LLP
        Attorneys for Plaintiffs *(by email)*

**SO ORDERED**

Deborah A. Batts

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
2/21/08