UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOR SALE BY OWNER MAGAZINE, )
INC. and BARBARA MALLIRES and )
STEVE MALLIRES formerly d/b/a )
WORTHINGTON PUBLISHING, )
                                   )
                     Plaintiff, )    Case No. 08 CIV 0570 (DB)
                                   )
        -against- )
                                   )    **RULE 7.1 STATEMENT OF**
ForSaleByOwner.com, Corp. )    **FORSALEBYOWNER.COM,**
                                   )    **CORP.**
                    Defendants.

---

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that Defendant ForSaleByOwner.com is a wholly owned subsidiary of the Tribune Company.

Dated: New York, New York
        March 12, 2008

                                                 LEADER & BERKON LLP

                                    By:_____
                                                 GLEN SILVERSTEIN (GS-9174 )
                                                 THOMAS K. RICHARDS (TR-8945)
                                                 630 Third Avenue, 17th Floor
                                                 New York, New York 10017
                                                 (212) 486-2400

                                                 *Attorneys for Defendant*
                                                 *ForSaleByOwner.com, Corp.*