```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FOR SALE BY OWNER MAGAZINE AND BARBARA
AND STEVEN MALLIRES ET. AL
                    Plaintiff,
                                              08 Civ. 570
        - against -                           07 Civ. 6370 (DAB)
                                              STIPULATION AND
                                              ORDER
FOR SALE BY OWNERS.COM CORP,

                    Defendants.
----------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The parties having appeared and notified the Court that they are attempting to reach a resolution of this action,

IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued without prejudice and without costs; provided, however, that within 60 days of the date of this order, Plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected by Defendants, in which event the action will be restored.

SO ORDERED.

Dated:   New York, New York
         MAY 30, 2008

*Deborah A. Batts*
DEBORAH A. BATTS
United States District Judge

For Plaintiff:
*Donald J. Kraver*
DONALD J. KRAVET

For Defendant:
*Glen Silverstein*
GLEN SILVERSTEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 30 May 08