LAW OFFICES
# KRAVET & VOGEL, LLP

1040 AVENUE OF THE AMERICAS, SUITE 1101
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 997-7634
FACSIMILE: (212) 997-7686
www.kravetvogel.com
WRITER'S E-MAIL: mrodi@kvnyc.com

DONALD J. KRAVET
JOSEPH A. VOGEL

MARIA E. RODI

OF COUNSEL:
HOWARD J. AUGUST
SCOTT H. GREENFIELD

July 23, 2008

BY HAND DELIVERY
Hon. Deborah A. Batts, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Rm. 2510
New York, NY 10007

Re: *For Sale By Owner Magazine, Inc. et al. v.
ForSaleByOwner.com Corp.*, 08 civ 0570 (DAB)

Dear Judge Batts:

We represent plaintiffs in the above-referenced action.

On May 30, 2008, the Court entered a 60-day order on consent, dismissing the above action *without prejudice*, to enable the parties to pursue settlement discussions. A copy of the order is enclosed for the Court's convenience.

We are pleased to inform you that the parties have reached a settlement in principle, which the parties are now in the process of reducing to a formal written agreement. Accordingly, we are respectfully requesting that Your Honor extend the existing order by an additional 30 days to enable the parties to hopefully conclude a final settlement.

GRANTED
/DAB/

Counsel for defendant joins in this request.

Respectfully yours,

Donald J. Kravet

**SO ORDERED**

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
July 23, 2008

cc: Glen Silverstein, Esq., *by facsimile*