

LAW OFFICES

# KRAVET & VOGEL, LLP

1040 AVENUE OF THE AMERICAS, SUITE 1101
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 997-7634
FACSIMILE: (212) 997-7686
*www.kravetvogel.com*
WRITER'S E-MAIL: mrodi@kvnyc.com

DONALD J. KRAVET
JOSEPH A. VOGEL

MARIA E. RODI

OF COUNSEL:
HOWARD J. AUGUST
SCOTT H. GREENFIELD

August 26, 2008

*BY HAND DELIVERY*
Hon. Deborah A. Batts, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Rm. 2510
New York, NY 10007

>       Re:    *For Sale By Owner Magazine, Inc. et al. v.*
>              *ForSaleByOwner.com Corp.,* 08 civ 0570 (DAB)

**MEMO ENDORSED**

Dear Judge Batts:

We represent plaintiffs in the above-referenced action.

On May 30, 2008, the Court entered a 60-day order on consent, dismissing the above action *without prejudice*, to enable the parties to pursue settlement discussions. A copy of the order is enclosed for the Court's convenience.

The parties informed the Court by letter dated July 23, 2008, that they had reached a settlement in principle and requested a 30-day extension of the order. This request was granted by endorsement of the July 23 letter.

The parties are continuing work on the settlement, but due to vacation and travel schedules among the parties and their respective counsel, the completion of the settlement process has been delayed. A draft settlement agreement has been exchanged, however, and negotiations and editing of the agreement are ongoing. Accordingly, we are respectfully requesting that Your Honor extend the existing order by an additional 30 days to September 26, 2008, to enable the parties to hopefully conclude a final settlement.

GRANTED
/ DAB/

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
Aug. 26, 2008